■ In the Matter of GERALDINE H. SIMMONS, Respondent, v SUSAN JAROS et al., Appellants, and ERIE COUNTY BOARD OF ELECTIONS, Respondent. [679 NYS2d 859] —Order unanimously affirmed without costs. Memorandum: Respondents failed to file written objections to the petition pursuant to Election Law § 6-154 (2). Further, respondents did not move to invalidate the petition pursuant to Election Law § 16-102. Respondents therefore may not raise their present challenge to the petition (*see, Matter of Brosnan v Black*, 104 AD2d 469, 471, *affd* 63 NY2d 692; *see also, Matter of Swift v Huested*, 176 AD2d 980). (Appeal from Order of Supreme Court, Erie County, Sconiers, J.—Election Law.) Present—Denman, P. J., Green, Pine, Hayes and Boehm, JJ. (Filed Oct. 21, 1998.)

■ In the Matter of IAN DAWES, Petitioner, v DONALD SELSKY, as Director of Special Housing/Inmate Disciplinary Programs, New York State Department of Correctional Services, Respondent. [679 NYS2d 923] —Proceeding unanimously dismissed without costs as moot (*see, Matter of Free v Coombe*, 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Cayuga County, Corning, J.) Present—Denman, P. J., Green, Pine, Hayes and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH KIBLIN, Appellant. [679 NYS2d 923] —Judgment unanimously affirmed. Memorandum: The record establishes that defendant made a knowing, intelligent and voluntary waiver of his right to appeal (*see, People v Callahan*, 80 NY2d 273, 280; *cf., People v Boyd* [appeal No. 1], 251 AD2d 1082). County Court was not required to engage in any particular litany during the plea allocution (*see, People v Hidalgo*, 91 NY2d 733, 737; *People v Moissett*, 76 NY2d 909, 910-911). In any event, we conclude that the sentence is neither unduly harsh nor severe. (Appeal from Judgment of Erie County Court, DiTullio, J.—Assault, 2nd Degree.) Present—Denman, P. J., Green, Pine, Hayes and Boehm, JJ.